**Vincent VENTIMIGLIA, Debbie Ventimiglia, N.V., a minor, and J.V., a minor, Plaintiffs/Appellants,**

v.

**ST. LOUIS, C.O.G., Inc., d/b/a Twin Rivers Worship Center, T. Bryan Cutshall, Norman McFall, Terry Jones, and Aaron Buck, Defendants/Respondents.**

No. ED 91597.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 24, 2009.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 7, 2009.

Application for Transfer Denied
June 30, 2009.

Vincent Ventimiglia, Debbie Ventimiglia, Imperial, MO, for Plaintiffs/Appellants.

Russell F. Watters, Jennine D. Adamek Moore, Daniel George Tobben, St. Louis, MO, for Defendants/Respondents.

Before ROBERT G. DOWD, JR., P.J., CLIFFORD H. AHRENS, J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Vincent and Debbie Ventimiglia, and N.V. and J.V., minors, appeal from the judgment of the trial court dismissing their petition with prejudice for failure to state a claim upon which relief can be granted. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not com-

mit error. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).